IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOAN L. BARNA,                         )
                                       )        Case No. 8:05cv463
                 Plaintiff,            )
                                       )
        vs.                            )
                                       )              **ORDER**
HERSHEY FOODS CORP.,                   )
                                       )
                 Defendant.            )

On the Court's own motion, the Rule 16 Planning Conference in this case will be rescheduled.

**IT IS ORDERED** that the planning conference now scheduled for May 4, 2006 at 9:00 a.m., is continued to **May 18, 2006 at 9:30 a .m.**  The planning conference will be held in the chambers of the undersigned magistrate judge, Room 2210, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and the court at (402) 661-7340.

Dated this 27th day of April 2006.

BY THE COURT:


s/ F. A. Gossett
United States Magistrate Judge