IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN L. BARNA, | ) | Case No. 8:05CV463 |
| Plaintiff, | ) | |
| V. | ) | ORDER OF DISMISSAL |
| HERSHEY FOODS CORP., | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Dismiss. The motion satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that is should be granted. Accordingly,

IT IS ORDERED:

1. Plaintiff's Unopposed Motion to Dismiss (filing no. 21) is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. Unless otherwise agreed by and between the parties, each party shall pay its own costs and attorney fees.

DATED this 21st day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge